RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 12 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION



Clinton Melchisedec Keyton
(Print your full name)

Plaintiff *pro se*,

v.

Staples

Tamarah Mattie, Alex Wolchesky

Lori Habermehl
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

__1:15-CV-0429__

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _Discrimination & Retaliation_

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name     Clinton Mel Keyton

   Address  4402 Alysheba dr
            fairburn ga 30213

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name     Tamarah Mattie
   Address  7701 Staples dr
            Lithia Springs Ga 30122

   Name     Alex Wolchesky
   Address  7701 Staples dr
            Lithia Springs ga 30122

   Name     Lori habermehl
   Address  7701 Staples dr
            Lithia springs ga 30122

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____

   _____

6. When did the alleged discrimination occur? (State date or time period)

    *September 2013*

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:
    _____

9. If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No          \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____

   _____

   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No          \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____

   _____

   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    __✓__ failure to promote me
    __✓__ demotion
    _____ reduction in my wages
    _____ working under terms and conditions of employment that differed from similarly situated employees
    __✓__ harassment
    __✓__ retaliation
    _____ termination of my employment
    _____ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    __✓__ my race or color, which is _Black_
    _____ my religion, which is _____
    __✓__ my sex (gender), which is   __✓__ male   _____ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    _____ my disability or perceived disability, which is:

    __✓__ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I was wrongfully Demoted because of Misuse of company policy. I also was not treated fair as a female who held the same position and status on the same Job title. I was also denied a promotion and interview for a position that I was eligible for Because of Race. I was Retaliated against for filing a lawsuit with the EEOC and was wrongfully written up and harassed. I was also a victim of Company Misuse of Policy.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  ✓ still works for defendant(s)
    ___ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ___ Yes  ___ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  ✓ Yes  ___ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to _follow Company Policy Reinstate Job title and Back pay_

✓ Money damages (list amounts) _$64,000_

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

Page 8 of 9

**PLEASE READ BEFORE SIGNING THIS COMPLAINT**

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __12__ day of __February__, 20 __15__

_____
(Signature of plaintiff *pro se*)

__Clinton M/. Keyton__
(Printed name of plaintiff *pro se*)

__4402 Alysheba Dr__
(street address)

__Fairburn ga 30213__
(City, State, and zip code)

__M.Keyton@hotmail.com__
(email address)

__678-760-5371__
(telephone number)

GEORGIA MVD - RECEIPT (COPY)

STATE OF GEORGIA
MOTOR VEHICLE REGISTRATION

1GNFC13078R225260 - 2008 CHEV TAHOE C1500   MP

CLINTON M KEATON
2008 CHEV MP
1GNFC13078R225260
771287140147963
0014 01/16/2014 DLM
CASH

STANDARD TAG FEE      20.00
TOTAL FEES PAID       20.00

PURCH DT: 12/17/2013
APP DT: 01/16/2014

| Tag Number: | PJC2892 | | Expires: | 09/08/2014 |
| Valuation | 147628 | $6850 | Tag Fee: | 20.00 |
| Title Number: | 771287140147963 | | Equip. No: | |
| County: 001 | District: 25 | Mill Rate: | Fuel: | F |
| Farm Vehicle? | N | GVW: | Color: | BLK/BLK |
| Classification: | ALT PASSENGER CAR/LIGHT TRUCKS | | | |
| Insurance Status: | VALID INSURANCE COVERAGE | | | |
| Customer 1 No: | 000047911963 | | Customer 2 No: | |

CLINTON M KEATON
4402 ALYSHEBA DR
FAIRBURN GA 30213-4392

Signature:_____

59157663

ARTHUR E. FERDINAND
FULTON COUNTY TAX COMMISSIONER
5600 STONEWALL TELL RD
COLLEGE PARK GA 30349
(404) 730-6100

CLINTON M KEATON
2008 CHEV MP
1GNFC13078R225260
771287140147963
0014 01/16/2014 DLM

STANDARD TAG FEE      20.00
TOTAL FEES PAID       20.00

PURCH DT: 12/17/2013

59157663

STATE OF GEORGIA
MOTOR VEHICLE REGISTRATION

1GNFC13078R225260 - 2008 CHEV TAHOE C1500   MP

| Tag Number: | PJC2892 | | Expires: | 09/08/2014 |
| Valuation | 147628 | $6850 | Tag Fee: | 20.00 |
| Title Number: | 771287140147963 | | Equip. No: | |
| County: 001 | District: 25 | Mill Rate: | Fuel: | F |
| Farm Vehicle? | N | GVW: | Color: | BLK/BLK |
| Classification: | ALT PASSENGER CAR/LIGHT TRUCKS | | | |
| Insurance Status: | VALID INSURANCE COVERAGE | | | |
| Customer 1 No: | 000047911963 | | Customer 2 No: | |

CLINTON M KEATON
4402 ALYSHEBA DR
FAIRBURN GA 30213-4392

CASH
THIS IS NOT A BILL
THIS IS YOUR RECEIPT
*** RETAIN FOR TAX PURPOSES ***

Signature:_____



USA
Georgia                DRIVER'S LICENSE
DL NO. 047911963    DOB 09/08/1978
CLASS CM            EXP 09/08/2015

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Clinton Keyton<br>4402 Alysheba Drive<br>Fairburn, GA 30213 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-00467 | Twanda L. Pressey,<br>Investigator | (404) 562-6862 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

DEC 1 2 2014
*(Date Mailed)*

Enclosures(s)

cc: **STAPLES, INC.**
c/o Erika A. Hickman
LITTLER MENDELSON, P. C.
333 SE 2nd Avenue
Suite 2700
Miami, FL 33131

EEOC Form 161 (11/09)            **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Clinton Keyton<br>4402 Alysheba Drive<br>Fairburn, GA 30213 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-02994 | Twanda L. Pressey,<br>Investigator | (404) 562-6862 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Bernice Williams-Kimbrough,
District Director

DEC 1 2 2014
*(Date Mailed)*

Enclosures(s)

cc: STAPLES, INC.
c/o Erika A. Hickman
LITTLER MENDELSON, P. C.
333 SE 2nd Avenue
Suite 2700
Miami, FL 33131